UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
August 26, 2026
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

JASKARAN SINGH, (A-098-124-530),
Petitioner,

v.

WARDEN, GOLDEN STATE ANNEX DETENTION CENTER, ET AL.,
Respondents.

No. 1:26-cv-6390 DC CSK

**MINUTE ORDER**

Petitioner, an immigration detainee proceeding through counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner paid the filing fee. Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

On August 21, 2026, the district court granted petitioner's motion for temporary restraining order, ordered petitioner's immediate release, and referred the matter to the undersigned for further proceedings. (ECF No. 9.)

If additional briefing is needed to decide the petition on the merits, within 7 days of the date of this order, respondents may file an answer. If respondents do not file an answer by this deadline, the petition will be deemed submitted on the record currently before the court without any additional briefing. If respondents file an answer, petitioner may file a traverse within 7 days of the filing of respondents' answer.

Accordingly, IT IS HEREBY ORDERED that if additional briefing is needed to decide the petition on the merits, within 7 days of the date of this order, respondents may file an answer. If respondents do not file an answer by this deadline, the petition will be deemed submitted on the record currently before the court without any additional briefing. If respondents file an answer, petitioner may file a traverse within 7 days of the filing of respondents' answer.

/1/sing6390.100.2241.imm.MO